Bingham McCutchen LLP
GEOFFREY M. HOWARD (SBN 157468)
SIVAN GAI (SBN 224152)
ABIGAIL RAMSDEN (SBN 239544)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
geoff.howard@bingham.com
sivan.gai@bingham.com
abigail.ramsden@bingham.com

Oracle USA, Inc.
DAVID E. GARRETT (SBN 190923)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4366
Facsimile:  (650) 506-7114
dave.garrett@oracle.com

Attorneys for Defendant
Oracle USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>Defendant. | No. CV-07-00633-CW<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS AND STRIKE** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-12, Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana |
| 2 | Chiefs Conference ("TCC") and Defendant Oracle USA, Inc. ("Oracle"), by and through their |
| 3 | respective counsel of record, hereby stipulate and request that the Court order as follows: |
| 4 |     1.    Oracle filed its Motions to Dismiss and Strike pursuant to Federal Rules of |
| 5 | Civil Procedure 12(b)(6) and 12(f) ("Motions") on February 20, 2007. |
| 6 |     2.    By agreement of the parties, Oracle noticed the Motions for the first |
| 7 | available hearing date convenient to lead trial counsel for both parties, April 13, 2007. |
| 8 |     3.    Subject to Court approval, counsel for TCC and Oracle have further met |
| 9 | and conferred and stipulated to the following briefing schedule on the Motions: |
| 10 |     1.  TCC's Opposition to the Motions shall be filed no later than March 19, |
| 11 |         2007. |
| 12 |     2.  Oracle's Reply shall be filed no later than March 30, 2007. |
| 13 |     4.    This proposed schedule will not affect the expeditious resolution of this |
| 14 | action, as described in the accompanying Declaration of Geoffrey M. Howard in Support of |
| 15 | Stipulated Request for Order Setting Dates for Response to Motions to Dismiss and Strike. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DATED: March __, 2007

Bingham McCutchen LLP

By: _____/s/_____
Geoffrey M. Howard
Attorneys for Defendant
Oracle USA, Inc.

DATED: March __, 2007

Dorsey & Whitney LLP

By: _____/s/_____
Peter W. Sipkins
Attorneys for Plaintiff
Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

This  5th  day of  March , 2007.

_____
The Honorable Claudia Wilken
United States District Court Judge

SF/21703830.2              2              Case No. CV-07-0633-CW
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE