Paul R. Dieseth (CA #104358)
Peter W. Sipkins (admitted *pro hac vice*)
Brian L. Vander Pol (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
email: dieseth.paul@dorsey.com

Patricia A. Welch (CA #127889)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
email: efilingPA@dorsey.com

*Attorneys for Plaintiff Dena' Nena' Henash, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | **CASE NO. C 07-00633 CW**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Judge: Hon. Claudia Wilken |

1  Pursuant to Civil L.R. 6-2, Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
2  Conference ("TCC") and Defendant Oracle USA, Inc. ("Oracle"), by and through their respective
3  counsel of record, hereby stipulate and request that this Court order as follows:

4  1.  On February 20, 2007, Oracle filed a Motion to Dismiss and Strike Under F.R.C.P.
5  12(b)(6) and 12(f) [Docket #4]. Oral argument on this motion is presently scheduled to be heard
6  on April 13, 2007, commencing at 10:00 a.m.

7  2.  Pursuant to Order of this Court, the parties are presently scheduled to appear for a
8  Case Management Conference on May 11, 2007, commencing at 1:30 p.m. [Docket #2].

9  3.  Due to a family emergency, counsel for TCC seeks to postpone the hearing on
10 Oracle's Motion to Dismiss and Strike.

11 4.  Subject to Court approval, counsel for TCC and Oracle have met and conferred
12 and stipulated to the following modification of the schedule in this matter to accommodate the
13 family emergency:

14 a.  The parties shall meet and confer regarding their initial disclosures, the
15 prospects for an early settlement, ADR process selection, and the formulation of a discovery plan
16 no later than April 26, 2007;

17 b.  The parties shall file a Joint ADR Certification with Stipulation to ADR
18 Process or Notice of Need for ADR Phone Conference no later than April 26, 2007;

19 c.  The parties shall complete their initial disclosures or state any objections in
20 Rule 26(f) Report, file Case Management Statement, and file/serve Rule 26(f) Report no later
21 than May 10, 2007;

22 d.  Oral argument on Oracle's Motion to Dismiss and Strike shall take place
23 on May 17, 2007 at 2:00 p.m.;

24 e.  The Case Management Conference shall take place on May 17, 2007
25 immediately following the conclusion of oral argument on Oracle's motion.

26 5.  This proposed schedule will not affect the expeditious resolution of this action, as
27 described in the accompanying Declaration of Paul R. Dieseth in Support of Stipulated Request
28 for Order Changing Time.

1
2
3
4  DATED: April  13, 2007

5                                                    Bingham McCutchen LLP

6
7                                            By      s/ Sivan Gai
                                                     Sivan Gai
8                                                    Attorneys for Defendant
                                                     Oracle USA, Inc.
9

10 DATED: April  13, 2007

11                                                   Dorsey & Whitney LLP

12
13                                           By      s/ Paul R. Dieseth
                                                     Paul R. Dieseth
14                                                   Attorneys for Plaintiff
                                                     Dena' Nena' Henash, Inc. d/b/a Tanana
15                                                   Chiefs Conference

16
17
18 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**   except that motion to dismiss/strike
                                                    may be decided on papers before
19                                                  CMC.

20 This  18th day of April, 2007

21                                                   _____
                                                     The Honorable Claudia Wilken
22                                                   United States District Court Judge

23
24
25
26
27
28

                                             3                         CASE NO. C 07-00633 CW
                    STIPULATED REQUEST FOR ORDER CHANGING TIME