1 | Peter W. Sipkins (admitted *pro hac vice*)
Paul R. Dieseth (CA #104358)
2 | Brian L. Vander Pol (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
3 | 50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
4 | Telephone: (612) 340-2600
Facsimile: (612) 340-2868
5 | email: dieseth.paul@dorsey.com

6 | Patricia A. Welch (CA #127889)
DORSEY & WHITNEY LLP
7 | 1717 Embarcadero Road
Palo Alto, CA 94303
8 | Telephone: (650) 857-1717
Facsimile: (650) 857-1288
9 | email: efilingPA@dorsey.com

10 | *Attorneys for Plaintiff Dena' Nena' Henash, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | **CASE NO. C 07-00633 CW**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**AS MODIFIED** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: private mediation administered by JAMS and to be held at the JAMS Resolution Center located in San Francisco, California, or any other private mediation service agreeable to both parties.

The parties agree to hold the ADR session by: immediately following the close of discovery in this matter.

DATED: April 26, 2007

                              Bingham McCutchen LLP

                              By _____
                                   Sivan Gai
                                   Attorneys for Defendant
                                   Oracle USA, Inc.

DATED: April 26, 2007

                              Dorsey & Whitney LLP

                              By _____
                                   Peter W. Sipkins
                                   Attorneys for Plaintiff
                                   Dena' Nena' Henash, Inc. d/b/a Tanana
                                   Chiefs Conference

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This _____ day of _____, 2007

                              _____
                              Judge Claudia Wilken
                              United States District Judge

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: private mediation administered by JAMS and to be held at the JAMS Resolution Center located in San Francisco, California, or any other private mediation service agreeable to both parties.

The parties agree to hold the ADR session by: immediately following the close of discovery in this matter.

DATED: April 26, 2007

                                      Bingham McCutchen LLP

                                      By _____
                                              Sivan M. Gai
                                              Attorneys for Defendant
                                              Oracle USA, Inc.

DATED: April 26, 2007

                                      Dorsey & Whitney LLP

                                      By _____
                                            Peter W. Sipkins
                                            Attorneys for Plaintiff
                                            Dena' Nena' Henash, Inc. d/b/a Tanana
                                            Chiefs Conference

**PURSUANT TO STIPULATION, IT IS SO ORDERED**; except that the first mediation session shall be held by October 1, 2007.

This <u>30TH</u> day of <u>APRIL</u>, 2007

_____
Judge Claudia Wilken
United States District Judge