| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
|   | Peter W. Sipkins (admitted *pro hac vice*) |
| 2 | Paul R. Dieseth (SBN 104358) |
|   | Brian L. Vander Pol (admitted *pro hac vice*) |
| 3 | 50 South Sixth Street, Suite 1500 |
|   | Minneapolis, MN  55402-1498 |
| 4 | Telephone:  (612) 340-2600 |
|   | Facsimile:  (612) 340-2868 |
| 5 | Email:  sipkins.peter@dorsey.com |
|   |       dieseth.paul@dorsey.com |
| 6 |       vanderpol.brian@dorsey.com |
| 7 | DORSEY & WHITNEY LLP |
|   | Patricia A. Welch (SBN 1278899) |
| 8 | 1717 Embarcadero Road |
|   | Palo Alto, CA  94303 |
| 9 | Telephone:  (650) 857-1717 |
|   | Facsimile:  (650) 857-1288 |
| 10 | Email:  efilingPA@dorsey.com |
| 11 | *Attorneys for Plaintiff* |
|    | *Dena' Nena Henash, Inc.* |

12

| | | |
|---|---|---|
| 13 | BINGHAM MCCUTCHEN LLP | David E. Garrett (SBN 190923) |
|    | Geoffrey M. Howard (SBN 157468) | Oracle USA, Inc. |
|    | Thomas S. Hixson (SBN 193033) | 500 Oracle Parkway |
| 14 | Abigail Ramsden (SBN 239544) | Redwood Shores, CA  94065 |
|    | Three Embarcadero Center | Telephone:  650.506.7000 |
| 15 | San Francisco, CA  94111-4067 | Facsimile:  650.506.7114 |
|    | Telephone:  415.393.2000 | Email:  dave.garrett@oracle.com |
| 16 | Facsimile:  415.393.2286 | |
|    | Email:  geoff.howard@bingham.com | |
| 17 |       thomas.hixson@bingham.com | |
|    |       abigail.ramsden@bingham.com | |

18

*Attorneys for Defendant*
19  *Oracle USA, Inc.*

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22 | DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation, |
| 23 | |
| 24 |       Plaintiff, |
| 25 |       v. |
| 26 | ORACLE CORPORATION, a Delaware corporation, |
| 27 |       Defendants. |
| 28 | |

No. 07-00633 CW

**STIPULATION AND ORDER CONTINUING AUGUST 2, 2007 HEARING AND CASE MANAGEMENT CONFERENCE**

A/72116952.1/2021039-0000321250

CASE NO.: 07-00633 CW

STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 2, 2007 HEARING AND
CASE MANAGEMENT CONFERENCE

Whereas,

1. The Court presently has scheduled for August 2, 2007 a case management conference ("CMC") and a hearing on Defendant Oracle USA, Inc.'s motions to dismiss and strike portions of Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference's ("TCC's") Second Amended Complaint.

2. The father of Peter Sipkins, counsel for Plaintiff TCC, passed away very recently, and accordingly Mr. Sipkins is not able to attend the August 2 hearing and CMC. In addition, the father of Paul Dieseth, also TCC's counsel, is under emergency medical care, and accordingly Mr. Dieseth is not able to attend the August 2 hearing and CMC.

3. Plaintiff accordingly requests that the August 2 hearing be rescheduled for October 11 at 2:00 p.m. Defendant has no objection.

Accordingly, Plaintiff and Defendant hereby stipulate, and ask the Court to order, that the August 2, 2007 2:00 hearing and CMC be rescheduled to October 11, 2007 at 2:00 p.m.

DATED: July 31, 2007

DORSEY & WHITNEY LLP

By: /s/
Peter W. Sipkins (admitted *pro hac vice*)
Attorneys for Plaintiff Dena' Nena' Henash, Inc.

DATED: July 31, 2007

Bingham McCutchen LLP

By: /s/
Thomas S. Hixson
Attorneys for Defendant
Oracle USA, Inc.

1
2  Attestation: I, Thomas S. Hixson, hereby attest that I have on file all holographic signatures for
3  any signatures indicated by a conformed signature within this efiled document.
4
5  **ORDER**
6  Pursuant to stipulation, IT IS ORDERED that the August 2, 2007 case
7  management conference and hearing are rescheduled for October 11, 2007 at 2:00 p.m.
8
   DATED: 8/1, 2007                              _____
9                                                 Judge Claudia Wilken
                                                  United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/72116952.1/2021039-0000321250        3                    CASE NO.: 07-00633 CW
STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 2, 2007 HEARING AND
                    CASE MANAGEMENT CONFERENCE