DORSEY & WHITNEY LLP
Peter W. Sipkins (admitted *pro hac vice*)
Paul R. Dieseth (SBN 104358)
Brian L. Vander Pol (admitted *pro hac vice*)
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
Email:  sipkins.peter@dorsey.com
        dieseth.paul@dorsey.com
        vanderpol.brian@dorsey.com

DORSEY & WHITNEY LLP
Patricia A. Welch (SBN 1278899)
1717 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
Email:  efilingPA@dorsey.com

*Attorneys for Plaintiff*
*Dena' Nena Henash, Inc.*

BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
Thomas S. Hixson (SBN 193033)
Nima Sohi (SBN 233199)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email:  geoff.howard@bingham.com
        thomas.hixson@bingham.com
        nima.sohi@bingham.com

David E. Garrett (SBN 190923)
Oracle USA, Inc.
500 Oracle Parkway
Redwood Shores, CA  94065
Telephone:  650.506.7000
Facsimile:  650.506.7114
Email:  dave.garrett@oracle.com

*Attorneys for Defendant*
*Oracle USA, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>             Defendants. | No. 07-00633 CW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO CONDUCT THE FIRST MEDIATION SESSION** |

A/72229446.1/2021039-0000321250

CASE NO.: 07-00633 CW

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT THE
FIRST MEDIATION SESSION

1   Whereas,

2   1.   Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference ("TCC") and Defendant Oracle USA, Inc. have stipulated to participate in a private mediation administered by JAMS or before any other private mediation service agreeable to both parties.

5   2.   The Court previously ordered that the parties' first mediation session take place by October 1, 2007.

7   3.   Oracle has moved to dismiss and strike certain claims asserted in TCC's Second Amended Complaint. Those motions were initially scheduled to be heard on August 2, 2007. In other words, the deadline to conduct the mediation was after the hearing date on the pending motions, so the parties would have had the benefit of the Court's rulings when they went to mediation.

12   4.   Due to the unavailability of Plaintiff's counsel, the parties stipulated and the Court ordered that the hearing on Oracle's motions be rescheduled for October 11, 2007.

14   5.   The parties continue to believe that a mediation is more likely to be productive if it occurs after the Court has ruled on the pending motions. Accordingly, the parties jointly request that the deadline to conduct the first mediation session be extended to December 1, 2007.

DATED:  September 27, 2007

DORSEY & WHITNEY LLP

By:_____/s/_____
Paul R. Dieseth
Attorneys for Plaintiff Dena' Nena' Henash, Inc.

1  DATED: September 27, 2007

2
                                    Bingham McCutchen LLP
3

4

5                                   By:  _____/s/_____
                                            Thomas S. Hixson
6                                           Attorneys for Defendant
                                            Oracle USA, Inc.
7

8
    Attestation: I, Thomas S. Hixson, hereby attest that I have on file all holographic signatures for
9
    any signatures indicated by a conformed signature within this efiled document.
10

11
                                    **ORDER**
12
         Pursuant to stipulation, IT IS ORDERED that the deadline to conduct the first
13
    mediation session is extended to December 1, 2007.
14

15  DATED: OCTOBER 3, 2007        _____
                                    Judge Claudia Wilken
16                                  United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28