Peter W. Sipkins (admitted *pro hac vice*)
Paul R. Dieseth (CA #104358)
Brian L. Vander Pol (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
email: dieseth.paul@dorsey.com

Patricia A. Welch (CA #127889)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
email: efilingPA@dorsey.com

*Attorneys for Plaintiff Dena' Nena' Henash, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | **CASE NO. C 07-00633 CW**<br><br>**JOINT STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL DATES**<br><br>Judge:  Hon. Claudia Wilken |

1   WHEREAS Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference ("TCC")

2   has informed Defendant Oracle USA, Inc. ("Oracle") that TCC's expert witness on liability issues

3   has recently been forced to withdraw from this action due to health issues;

4   WHEREAS TCC has asked Oracle to agree to an extension of the pre-trial dates after the

5   close of fact discovery and the trial date to accommodate the loss of this expert witness; and

6   WHEREAS Oracle has agreed to this request;

7   NOW THEREFORE TCC and Oracle, by and through their respective counsel of record,

8   hereby stipulate and respectfully request that this Court enter an Order modifying the dates and

9   deadlines set forth its October 25, 2007, Case Management Order as follows:

10   1.   The date for disclosure of the identities and reports of expert witnesses is extended

11   from August 8, 2008, to November 7, 2008.

12   2.   The date for disclosure of expert witness rebuttal reports is extended from

13   September 10, 2008, to December 10, 2008.

14   3.   The date for completion of expert discovery is extended from October 24, 2008, to

15   January 23, 2009.

16   4.   The last date for all case-dispositive motions to be heard is extended from 2:00

17   p.m. on or before January 22, 2009, to 2:00 p.m. on or before April 23, 2009.

18   5.   The date of the Final Pretrial Conference is extended from 2:00 p.m. on April 7,

19   2009, to 2:00 p.m. on July 14, 2009.

20   6.   The beginning date of the 10 day jury trial is extended from 8:30 a.m. on April 20,

21   2009 to 8:30 a.m. on August 3, 2009.

22   7.   The date of the next Case Management Conference is extended from 2:00 p.m. on

23   January 22, 2009, to 2:00 p.m. on April 23, 2009.

24   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL AND TRIAL DATES**

1  DATED:  June 6, 2008                    Bingham McCutchen LLP

2

3

4                                          By _____/s/_____
                                                Geoffrey M. Howard (SBN 157468)
5                                               Attorneys for Defendant
                                                Oracle USA, Inc.
6

7

8  DATED:  June 6, 2008                    Dorsey & Whitney LLP

9

10

11                                         By _____/s/_____
                                                Paul R. Dieseth (SBN 104358)
12                                              Attorneys for Plaintiff
                                                Dena' Nena' Henash, Inc. d/b/a Tanana
13                                              Chiefs Conference

14

15                                    <u>ATTESTATION</u>

16         I, Paul R. Dieseth, hereby attest that concurrence in the filing of this document has been

17 obtained from the other signatory hereto, Geoffrey M. Howard, which shall serve in lieu of his

18 signature on this document.

19

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

21

22 This 10th day of June, 2008

23                                          _____
24                                          The Honorable Claudia Wilken
                                            United States District Court Judge
25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL AND TRIAL DATES**