```
 1  Bingham McCutchen LLP
    GEOFFREY M. HOWARD (SBN 157468)
 2  THOMAS S. HIXSON (SBN 193033)
    NIMA E. SOHI (SBN 233199)
 3  geoff.howard@bingham.com
    thomas.hixson@bingham.com
 4  nima.sohi@bingham.com
    Three Embarcadero Center
 5  San Francisco, CA 94111-4067
    Telephone: (415) 393-2000
 6  Facsimile: (415) 393-2286

 7  Oracle USA, Inc.
    DAVID E. GARRETT (SBN 190923)
 8  500 Oracle Parkway
    M/S 5op7
 9  Redwood City, CA 94065
    Telephone: (650) 506-5200
10  Facsimile: (650) 506-7114
    dave.garrett@oracle.com
11
    Attorneys for Defendant
12  Oracle USA, Inc.
```

| | |
|---|---|
| 13  Dorsey & Whitney LLP<br>PETER W. SIPKINS (admitted pro hac vice)<br>14  PAUL R. DIESETH (SBN 104358)<br>BRIAN L. VANDER POL (admitted pro hac vice)<br>15  50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498<br>16  Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868<br>17  dieseth.paul@dorsey.com<br><br>18  Attorneys for Plaintiff<br>Dena' Nena' Henash, Inc. | Dorsey & Whitney LLP<br>PATRICIA A. WELCH (SBN 127889)<br>1717 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 857-1717<br>Facsimile: (650) 857-1288<br>efilingPA@dorsey.com<br><br>Attorneys for Plaintiff<br>Dena' Nena' Henash, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>     Defendant. | No. CV-07-00633-CW<br><br>**STIPULATION OF DISMISSAL [FRCP 41]** |

A/72623232.1/2021039-0000321250

NO. CV-07-00633-CW

STIPULATION OF DISMISSAL

1         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action, in its entirety, is dismissed with prejudice.

DATED: September 2, 2008

_____
Paul R. Dieseth
Attorneys for Plaintiff
Dena' Nena' Henash, Inc.
d/b/a Tanana Chiefs Conference

DATED: August 30, 2008

_____
Thomas S. Hixson
Attorneys for Defendant
Oracle USA, Inc.,
sued as Defendant Oracle Corporation

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA